CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 9 2008
JOHN F. CORCORAN, CLERK
BY: M. Hupp
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JAMES J. ROYAL,** | ) | **Civil Action No. 7:08-cv-00222** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **KATHLEEN J. BASSETT, et al.,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend his complaint (docket #39) is **GRANTED**; Dr. George Smith, chief dentist for the Virginia Department of Corrections, is **ADDED as a defendant** to this action; plaintiff's "affidavit in support to amend the motion to compel after request for discovery" (docket #40) is **DENIED**; defendants Bassett, Pickerel, and Schilling's motion and supplement motion for summary judgment (docket #19, 23) are **GRANTED**; defendants Gilbert and Phipps' motion for summary judgment (docket #25) is **GRANTED**; plaintiff's complaint is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsels of record for the defendants.

**ENTER**: This 9th day of December, 2008.

Jackson L. Kiser
Senior United States District Judge